UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA

| | |
|---|---|
| UNITED STATES OF AMERICA, )<br>)<br>vs. )<br>)<br>CARLOS MENDOZA, )<br>) | No. IP 03-CR-132-01-T/F<br>1:05-cv-887-JDT-WTL |

**J U D G M E N T**

The court, having this day made its Entry,

**IT IS THEREFORE ADJUDGED** that the defendant take nothing by his motion for relief pursuant to 28 U.S.C. § 2255, and the civil action docketed as No. 1:05-cv-887-JDT-WTL is **dismissed with prejudice.**

Date: 10/11/2005

John Daniel Tinder, Judge
United States District Court

Laura Briggs, Clerk
United States District Court

Deputy Clerk, U.S. District Court

Copies to:

Carlos Mendoza
Reg. No. 66357-008
Federal Medical Center
P.O. Box 14500
Lexington, KY 40512-4500

Office of the United States Attorney
10 West Market Street   Suite 2100
Indianapolis, IN   46204-3048